EMMA BLANCHE SHAFER *v.* IRA H. SHAFER.
[No. 57, October Term, 1929.]

*Decided January 14th, 1930.*

The cause was submitted on briefs to BOND, PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Alban M. Wood,* for the appellant.

*Reno S. Harp,* for the appellee.

SLOAN, J., delivered the opinion of the Court.